IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DIANA BEHRE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LINCOLN FINANCIAL ADVISORS CORPORATION,<br><br>　　　　　Defendant. | C.A. No. 2:20-cv-12874-JMV/JSA |

## STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Diana Behre and Defendant Lincoln Financial Advisors Corporation, by and through their undersigned counsel, that the above-captioned action be and is hereby discontinued in its entirety, with prejudice, and with no award of attorneys' fees, costs, or disbursements by the Court to any party.

**DEREK SMITH LAW GROUP, PLLC**

/s/ _____
Rachel Adelle Allen
Seamus Barrett (*pro hac vice*)
1 Penn Plaza, 49th Floor
New York, New York 10119
*Counsel for Plaintiff Diana Behre*

**STRADLEY RONON STEVENS & YOUNG, LLP**

 /s/ Cameron M. Redfern
William E. Mahoney, Jr. (*pro hac vice*)
Cameron M. Redfern
2005 Market Street, Suite 2600
Philadelphia, PA 19103
*Counsel for Defendant Lincoln Financial Advisors*

IT IS SO ORDERED this 20th day of September, 2022.

_____
Judge Michael Vazquez, United States District Court Judge